PER CURIAM.
Affirmed. See and compare Marcoux v. Marcoux, 464 So.2d 542 (Fla.1985); Grant v. Corbitt, 95 So.2d 25 (Fla.1957); Solomon v. Gordon, 148 Fla. 572, 4 So.2d 710 (1941); Walsh v. Walsh, 388 So.2d 240 (Fla. 2d DCA 1980); Tillman v. Tillman, 222 So.2d 218 (Fla. 1st DCA 1969); Bullard v. Bullard, 195 So.2d 876 (Fla. 2nd DCA 1967), Schwartz v. Schwartz, 143 So.2d 901 (Fla. 2d DCA 1962).